**No. 11-7095. Nicholas A. Roberts, Petitioner v. Raymond J. Sobina, Superintendent, State Correctional Institution at Albion, et al.**

565 U.S. 1123, 132 S. Ct. 1027, 181 L. Ed. 2d 757, 2012 U.S. LEXIS 101.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7097. Antoine St. Cyr, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1123, 132 S. Ct. 1027, 181 L. Ed. 2d 757, 2012 U.S. LEXIS 58.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 428 Fed. Appx. 905.

**No. 11-7106. Funmi M. Curtis-Joseph, Petitioner v. John W. Richardson, et al.**

565 U.S. 1123, 132 S. Ct. 1027, 181 L. Ed. 2d 757, 2012 U.S. LEXIS 19.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 417 Fed. Appx. 570.

**No. 11-7107. Charles Connolly, Petitioner v. Illinois Prisoner Review Board, et al.**

565 U.S. 1123, 132 S. Ct. 1027, 181 L. Ed. 2d 757, 2012 U.S. LEXIS 376.

January 9, 2012. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied.

Same case below, 404 Ill. App. 3d 1185, 374 Ill. Dec. 1084, 996 N.E.2d 779.

**No. 11-7109. Gil Jones, Petitioner v. Maryland Department of Public Safety and Correctional Services.**

565 U.S. 1124, 132 S. Ct. 1076, 181 L. Ed. 2d 757, 2012 U.S. LEXIS 156.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 441 Fed. Appx. 149.

**No. 11-7110. Diego Jorge Jimenez, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 1124, 132 S. Ct. 1027, 181 L. Ed. 2d 757, 2012 U.S. LEXIS 117.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7111. Mary Carter, Petitioner v. Mr. Cooper.**

565 U.S. 1124, 132 S. Ct. 1027, 181 L. Ed. 2d 757, 2012 U.S. LEXIS 80.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 427 Fed. Appx. 256.